AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
DEC 1 2 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Metodio DE LOS SANTOS-BELTRAN<br><br>*Defendant(s)* | Case No. SA19MJ1490 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 11, 2019 in the county of BEXAR in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry<br><br>PENALTIES: 2 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

Rene Alatorre, SA HSI
*Printed name and title*

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 12/12/2019

*Judge's signature*

City and state: San Antonio, Texas

Richard B. Farrer, US Magistrate Judge
*Printed name and title*

Affidavit

I am a Special Agent (SA) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations, San Antonio, TX (HSI San Antonio), and currently assigned to HSI San Antonio. I have been employed with HSI for approximately seventeen years. I am authorized by DHS to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security. During my time as a SA with HSI San Antonio, I have been responsible for enforcing the laws of Controlled Substance Act, the Controlled Substances Import/Export Act and the Immigration and Nationality Act (INA) of the United States.

On December 11, 2019, Metodio DE LOS SANTOS-BELTRAN was encountered pursuant to a tractor trailer traffic stop by the Selma, TX, Police Department (PD). SANTOS-BELTRAN was one of ten undocumented aliens (UDAs) found concealed inside the tractor trailer at the time of the stop. HSI San Antonio responded to the scene and questioned SANTOS-BELTRAN about his citizenship and Immigration status. SANTOS-BELTRAN admitted to being a citizen and national of Mexico by virtue of birth, and stated that he did not possess Immigration documents to be or remain in the United States legally. SANTOS-BELTRAN admitted having entered the United States illegally by wading the Rio Grande River near Nuevo Laredo, Mexico.

Immigration database checks indicate that SANTOS-BELTRAN was ordered removed by expedited removal on December 24, 2013. On or about January 9, 2019, the United States Border Patrol, Calexico, California, apprehended SANTOS-BELTRAN and formally removed him from the United States on January 16, 2019, to Mexico, through San Ysidro, CA, via expedited removal.

Immigration databases also revealed SANTOS-BELTRAN has neither sought nor been granted permission to reapply for admission after deportation/removal from the Attorney General of the United States, or his successor the Secretary of DHS.

The defendant was advised about his right to a consular notification and the Consulate of Mexico was notified about SANTOS-BELTRAN arrest on December 11, 2019. A detainer was served for SANTOS-BELTRAN on December 11, 2019.

_____
Rene Alatorre
Special Agent HSI

Subscribed and sworn before me the 12th day of December 2019.

_____
United States Magistrate Judge
Honorable Richard B. Farrer